NEW JERSEY SHORE BUILDERS ASSN. v.
TOWNSHIP OF OCEAN.

May 20, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH DISSICINI, JR.

May 22, 1974. Petition for certification granted. (See 126
*N. J. Super.* 565).

STATE OF NEW JERSEY v. FRANK BRUNETTI.

May 29, 1974. Petition for certification denied.

IN RE APPLICATION OF: CHARLES J. STAHL.

May 29, 1974. Petition for certification denied.

IN RE OF THE ADOPTION OF A CHILD BY R. D. AND V. D.

May 29, 1974. Petition for certification denied. (See 127
*N. J. Super.* 311).

IN RE TENURE HEARING OF PAULA M. GROSSMAN.

May 29, 1974. Petition for certification denied. (See 127
*N. J. Super.* 13).